IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON SCOTT MASIKER**
**ADC# 183091**                                                                                                          **PETITIONER**

v.                              Case No. 4:23-cv-01215 KGB

**DEXTER PAYNE**                                                                                                        **RESPONDENT**

**ORDER**

Before the Court is the Recommendation of United States Magistrate Judge Patricia S. Harris (Dkt. No. 13).  Petitioner Aaron Scott Masiker did not file objections, and the time for filing objections has passed.  After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.  The Court dismisses Masiker's petition for writ of *habeas corpus*, denies any requested relief, and judgment is entered for respondent Dexter Payne.  The Court certifies, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, that a certificate of appealability is denied.  Masiker cannot make a "substantial showing of the denial of a constitutional right."  *See* 28 U.S.C. 2253(c)(2).

It is so ordered this 2nd day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge